

FILED
CLERK U.S. DISTRICT COURT
NOV 18 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 8:24-MJ-00589 |
| DEON RICHARD DOUGLAS, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __November 19, 2024_____, _____, at __1:30___ ☐ a.m. / ☒ p.m. before the Honorable __Douglas F. McCormick_____, in Courtroom __6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __November 18, 2024__     _____Douglas F. McCormick_____
U.S. District Judge/Magistrate Judge