FILED
CLERK, U.S. DISTRICT COURT

NOV 1 9 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA 24-00589M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |
| v. | |
| DEON RICHARD DOUGLAS, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Eastern District of Virginia, for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Instant allegations, insufficient bail resources, lack of stable residence.*

and

1  B.      ( X ) The defendant has not met his burden of establishing by clear and convincing
2          evidence that he is not likely to pose a danger to the safety of any other person or the
3          community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:
4          *Instant allegations, criminal history.*
5          IT THEREFORE IS ORDERED that the defendant be detained pending further
6  proceedings and/or transfer to the charging district.

8  Dated: __11-19-2024__

                                                    _____
                                                    DOUGLAS F. McCORMICK
                                                    United States Magistrate Judge